## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

v.                              No. 4:06CR00053(4)(5) JLH

HANAN HASAN and
SAHAR ALABED KATTOM                                                DEFENDANTS

### ORDER

The government made an oral motion to dismiss the indictment against separate defendants

Hanan Hasan and Sahar Alabed Kattom in open court on September 19, 2007, so that these

defendants can be placed in pretrial diversion.  Good cause having been shown, the motion is

granted.  The indictment is dismissed without prejudice as to these defendants.

IT IS SO ORDERED this 19th day of September, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE